UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRAY MCWILLIAMS,

     **Plaintiff,**

v.                                                    **Case No:  8:25-cv-03445-AAS**

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, et al.,

     **Defendants.**
_____/

## ORDER

Plaintiff Andray McWilliams requests clarification as to whether Defendant may file a motion to dismiss Mr. McWilliams's second amended complaint. (Doc. 32). An amended complaint supersedes the initial complaint and becomes the operative pleading in the case. *See Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999). Although the court cannot speculate as to how the defendant will respond to Mr. McWilliams's second amended complaint, the defendant may respond in any way it deems appropriate, including filing a motion to dismiss.

Importantly, the court notes that it is not Mr. McWilliams's attorney and cannot provide legal advice. *See Odion v. Google Inc.*, 628 F. App'x 635, 637 (11th Cir. 2015) (recognizing that although courts must show leniency to pro se litigants, "this leniency does not give a court license to serve as de facto

1

counsel for a party . . .”); *Boles v. Georgia*, No. CV423-300, 2023 WL 8529074, at \*1 n.1 (S.D. Ga. Dec. 8, 2023) (declining to provide procedural advice to a pro se litigant on grounds that “no judge or other court employee may provide legal advice, even to pro se litigants”). “Simply put, a plaintiff must take action to prosecute their own case; the court cannot do it for them.” *Hammond v. Strickland*, No. 1:24-CV-395-ECM-JTA, 2025 WL 1021482, at \*2 (M.D. Ala. Jan. 27, 2025), report and recommendation adopted, No. 1:24-CV-395-ECM, 2025 WL 1021475 (M.D. Ala. Apr. 4, 2025).[1]

**ORDERED** in Tampa, Florida, on March 2, 2026.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] As previously relayed to Mr. McWilliams, the Tampa Bay Chapter of The Federal Bar Association operates a Legal Information Program. Through that program, pro se litigants may meet with a lawyer for free to ask general questions about procedures governing cases in federal court. In-person appointments are available every Tuesday from 1:00 p.m. to 2:30 p.m., and the Program now offers virtual appointments as well. To request an appointment, pro se litigants may call the Clerk’s Office at (813) 301-5400 or visit the Clerk’s Office check-in window. Walk-ins are accepted as time allows.