UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRAY MCWILLIAMS,

     **Plaintiff,**

v.                                   **Case No. 8.25-cv-03445-AAS**

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, et al.,

     **Defendants.**

_____/

**<u>ORDER</u>**

Plaintiff Andray McWilliams's moves for relief from judgment under Rule 60(b)(5). (Doc. 62). Defendant Equal Employment Opportunity Commissioner (EEOC) opposes the motion. (Doc. 66).

The court granted the EEOC's motion to dismiss Mr. McWilliams second amended complaint, finding that it lacked subject-matter jurisdiction and Ms. McWilliams failed to state a claim upon which relief can be granted. (Doc. 59). Considering Mr. McWilliams's repeated failed attempts to properly amend his complaint and the court's lack of subject-matter jurisdiction, the court held it would be futile to provide Mr. McWilliams with another opportunity to amend his complaint. (*Id.*).

After judgment was entered in the EEOC's favor, Mr. McWilliams filed a "Motion of Relief from Judgment Under Rule 60(b)(5)" and "Notice of Supplemental Authority." (Docs. 62, 64). Mr. McWilliams states that he "does not seek to disturb the judgment itself" but seeks "clarification so that the record accurately reflects the procedural posture that supports the judgment." (Doc. 62, p. 1).

Federal Rule of Civil Procedure 60(b) provides that "[o]n motion and just terms, the court may relieve a party . . . from a final judgment, order, or proceeding" for any of several specified reasons. Rule 60(b)(5) authorizes relief from a final judgment when: (1) "the judgment has been satisfied, released, or discharged"; (2) "it is based on an earlier judgment that has been reversed or vacated"; or (3) "applying it prospectively is no longer equitable." None of these clauses is applicable here.

As for Mr. McWilliams's request for clarification, Mr. McWilliams appears to argue that, because the EEOC allegedly did not "answer or defend against" his complaint, Mr. McWilliams prevailed. (Doc. 62, p. 7). However, the EEOC moved to dismiss in response to Mr. McWilliams's second amended complaint. Mr. McWilliams's motion also references Rule 41, which is inapplicable here. (*Id.*, p. 6).

Accordingly, Mr. McWilliams's motion for relief from judgment under Rule 60(b)(5) (Doc. 62) is **DENIED**.

2

**ORDERED** in Tampa, Florida, on May 7, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

3